# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARTHA J. BURNETT**                                                     **PLAINTIFF/**
                                                                        **COUNTER-DEFENDANT**

v.                          CASE NO. 1:14CV00095 BSM

**METROPOLITAN LIFE**
**INSURANCE COMPANY**                                                     **DEFENDANT/**
                                                                        **COUNTER-CLAIMANT/**
                                                                         **CROSS-CLAIMANT**

and

**ROBERT GREEN**                                                          **DEFENDANT/**
                                                                         **CROSS-DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 14th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE